(113 So. 623)

Lewis WATKINS v. STATE.    (8 Div. 973.)

Supreme Court of Alabama.    June 30, 1927.

Certiorari to Court of Appeals.

O. M. Raines, of Scottsboro, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

BROWN, J.  Petition of Lewis Watkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Watkins v. State, 113 So. 622.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.